*16*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**FILED**

SEP 0 1 1998

Michael N. Milby
Clerk of Court

Rutura & Lisa §
§
§
versus §                    CIVIL ACTION  B 96-199
§
Highlands Insurance §
Company §

United States District Court
Southern District of Texas
**ENTERED**

SEP 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the

docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _____September____ 1____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge