*17*

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Rubina + Lisa

§
§

*versus*

§
§

CIVIL ACTION 96- 199

Highland Ins.

§

### Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED

NOV 12 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.  A hearing will be held before Judge Hilda G. Tagle on:

12 - 17 _____ , 1998

at 9:00 _____ A .m.

Courtroom, Fourth Floor
United States Court House
500 East Tenth Street
Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on November 10 _____ , 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*mhrgddl.*