20

United States District Court
Southern District of Texas
ENTERED

DEC 22 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBINA & LISA, INC., ET AL., § § | |
| Plaintiffs/ Counter-Defendants § § § | |
| VS. § | C. A. NO. B-96-199 |
| § | |
| HIGHLANDS INSURANCE COMPANY, § § § | |
| Defendant/ Counter-Plaintiff § § | |

## ORDER

Highlands Insurance Company's Unopposed Motion for Leave to submit a brief longer than 25 pages in support of its Motion for Summary Judgment is GRANTED.

Signed this 17 day of December, 1998 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE