24

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBINA & LISA, INC., et al. | § | |
| | § | |
| VS. | § | CIVIL ACTION B-96-199 |
| | § | |
| HIGHLANDS INSURANCE COMPANY | § | |

## ORDER

The Unopposed Motion of Rubina & Lisa, Inc., et al., to file on or before January 31, 1999, their Response to the Motion for Summary Judgment filed by Highlands Insurance Company is GRANTED.

SIGNED this _12_ day of January, 1999, at Brownsville, Texas.

_____
HILDA G. TAGLE
United States District Judge

L:\DATA\D16\16608\Order Granting Extension