29

United States District Court
Southern District of Texas
ENTERED

OCT 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBINA & LIZA, INC., ET AL, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-96-199 |
| § | |
| HIGHLANDS INSURANCE CO., § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on October 14, 1999, the Court considered Defendant HIGHLANDS INSURANCE COMPANY'S motion for summary judgment (Dkt. No. 21). Defendant's motion for summary judgment is DENIED.

FURTHERMORE, the Court ORDERS the parties to prepare a summary of agreed findings of undisputed facts. The summary should include, but not be limited to, such things as:

1. Name of vessel, owner, and insurance company.
2. Dates of insurance coverage.
3. Terms of coverage.
4. Trip endorsement, dates, and purposes.
5. Date of loss.
6. Number of crew required by the conditions of the policy.
7. Notice by Highlands Insurance that three or more crew were necessary in order to underwrite the *Tiempo Bueno*.
8. Whether bilge alarm was heard.
9. Time water was seen in the engine room.
10. Time *Tiempo Bueno* was abandoned.
11. Time crew was retrieved by the *Pescadore*.
12. Time *Tiempo Bueno* sank in relation to other events.

13. Date and sequence of events regarding notice by owner Perk English of his intention to use two crew members.

14. Date and sequence of events regarding notice to Highlands Insurance by Perk English regarding two crew members.

The Court ORDERS the parties to submit the agreed findings of undisputed facts no later than November 15, 1999.

DONE at Brownsville, Texas, this ___14___ day of October 1999.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com