United States District Court
Southern District of Texas

DEC 17 1999  31

Michael N. Milby
Clerk of Court
By O'Hearty

UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

Rubinco + Lisa, Inc.       §
                           §
versus                     §       CIVIL ACTION B- 96-199
                           §
                           §
Highlands Insurance Comp., et al

### Order Setting Conference

1. A status conference will be held on:

   _01-27_, 2000,

   at _9:00_ A.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas  78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear **in person** by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed _December 16th_, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge