```
                                         United States District Court
                                         Southern District of Texas
                                                   ENTERED

                                            FEB 2 8 2000        33

                                         Michael N. Milby, Clerk of Court
                                         By Deputy Clerk
```

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Rubina & Lisa Inc., et al* §
§
versus §       CIVIL ACTION B- 96cv199
*Highlands Ins. Co.* §
§

## Order Setting Conference

1. A status conference will be held on:

   *March 1*, 2000,

   at *2:00 p*.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed *February 28*, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge