37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 0 2 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBINA & LISA, INC., | § | |
| ET AL., | § | |
|     Plaintiffs/ | § | |
|     Counter-Defendants | § | |
| | § | |
| VS. | § | C. A. NO. B-96-199 |
| | § | |
| HIGHLANDS INSURANCE | § | |
| COMPANY, | § | |
|     Defendant/ | § | |
|     Counter-Plaintiff | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiffs Rubin Barerra, Sr., Individually, Rubina & Lisa, Inc. and Tiempo Bueno, Inc., and Defendants Highlands Insurance Company and English Insurance Agency, Inc. by and through counsel for Plaintiffs, having informed the Court this matter has been compromised and settled, the Plaintiffs having prayed that the cause be dismissed with prejudice as of the settlement as to Plaintiffs and Defendant, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED, that this cause be dismissed with prejudice as to Plaintiffs Rubin Barerra, Sr., Individually, Rubina & Lisa, Inc. and Tiempo Bueno, Inc., and Defendants Highlands Insurance Company and English Insurance Agency, Inc. All costs herein are to be borne by the party incurring same.

SIGNED at Brownsville, Texas, this ___1___ day of __March__, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.

_____
Dennis Sanchez
State Bar No.  17569600
Federal I.D. No.  1594
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Facsimile:   (956) 546-3765/66

Attorneys for Plaintiffs
Rubin Barerra, Sr., Individually,
Rubina & Lisa, Inc. and Tiempo Bueno, Inc.


ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

_____
Mark Cohen
State Bar No. 04508395
Federal ID No. 2807
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913
Telephone: (713) 224-8380
Facsimile: (713) 225-9545

Attorneys for Defendant
Highlands Insurance Company